RECEIVED

APR 14 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMIT KUMAR MANGALBHAI PATEL A.K.A. AMITKUMAR MANGALBHAI PATEL Alien No. 077-690-865 | DOCKET NO. 14-cv-3242; SEC. P |
| VERSUS | JUDGE STAGG |
| WARDEN, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the previous Report and Recommendation (Document 5) is **WITHDRAWN**. **IT IS FURTHER ORDERED** that Patel's petition pursuant to 28 U.S.C. §2241 be **DISMISSED AS MOOT**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 13th day of April, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE